# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2024

**VIA ECF**
Honorable Jed S. Rakoff
United States District Judge
500 Pearl Street
New York, NY 10007

Re: **United States v. Raimol Perez Feliz**
    **24-cr-088 (JSR)**

Dear Judge Rakoff,

     I write to request that the Court order Pretrial Services to release Mr. Perez Feliz's passport to him, a member of his family, or to a representative from my office. Mr. Perez Feliz's passport was surrendered to Pretrial Services as a condition of his release. On November 13, 2024, the Court sentenced Mr. Perez Feliz to time served with three years of supervised release. Pretrial Services has informed my office that they can only release Mr. Perez Feliz's passport pursuant to a Court order, and that absent such an order they will surrender the passport to the Department of State. We thus respectfully request that the Court order the release of his passport. I have conferred with counsel for the government, who has no objection to this request.

Respectfully submitted,

/s/ Hannah McCrea
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC: AUSA Matthew King

SO ORDERED:

_[signature]_
HONORABLE JED S. RAKOFF
United States District Judge
11/21/24