```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC#: _____
                                              DATE FILED: 7-21-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                  :
                                           :
                                           :
                                           :   22-CR-565 (ALC)
        -against-                          :
                                           :   **ORDER**
                                           :
                                           :
EDWIN CABAN VELAZQUEZ,                     :
                                           :
                        Defendants.        :
------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

   Sentencing set for July 22, 2025, is RESCHEDULED to **12 noon.**

SO ORDERED.

Dated:     New York, New York
           July 21, 2025

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**