UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-v-

RAIMOL PEREZ-FELIZ,

Defendant.

24-cr-88 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On consent of the parties, see Minute Entry dated 11/16/26, all bail conditions previously imposed will continue until the defendant's time of surrender at 2 p.m. on December 29, 2026.

SO ORDERED.

New York, New York
November 17, 2026

JED S. RAKOFF, U.S.D.J.